IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF EASTPOINTE; EASTPOINTE CITY COUNCIL; SUZANNE PIXLEY, in her official capacity as Mayor of Eastpointe; CARDI DEMONACO JR., MICHAEL KLINEFELT, SARAH LUCIDO, and MONIQUE OWENS in their official capacities as members of the Eastpointe City Council; and RANDY ALTIMUS, in his official capacity as Acting Eastpointe City Clerk,<br><br>        Defendants. | Civil Action No.<br>4:17-cv-10079 (TGB) |

## AMENDED SCHEDULING ORDER

Having reviewed the parties' consent motion to modify the scheduling order in the above-captioned case, the motion is hereby **GRANTED**. The April 26, 2017, Scheduling Order (ECF No. 11) shall be modified as follows.

- The United States will be permitted to take the deposition of Dr. Jeffrey Zax on **March 19, 2018**.

- Defendants will be permitted to take the deposition of Dr. Eitan Hersh on **March 20, 2018**.

- Defendants may file a dispositive motion no later than **April 9, 2018**.

- The United States' response to any dispositive motion will be filed no later than **April 30, 2018**.

- Defendants' reply brief supporting any dispositive motion will be filed no later than **May 14, 2018**.

**SO ORDERED.**

                                        /S/TERRENCE G. BERG  
                                        TERRENCE G. BERG  
                                        UNITED STATES DISTRICT JUDGE

DATED: FEBRUARY 26, 2018