| Street | name | Precinct | bg_cvap_11 | bg_hcvap_11 | bg_wcvap_11 | bg_bcvap_11 | bg_othcvap | pctwhite10 | pctblack10 | pctapi10 | pctaian10 | pct2prace1 | pcthispani | pctOth | Whitecvap | Blackcvap | Hispaniccva | Othercvap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19086 Rosetta | ROBERSON | 12 | 510 | 4 | 280 | 220 | 0 | 51.34 | 42.78 | 0.38 | 0.52 | 2.74 | 2.23 | 3.64 | 0.487609 | 0.5058422 | 0.0065488 | 0 |
| 17606 Veronica | WELLS | 8 | 425 | 0 | 245 | 170 | 10 | 74 | 20 | 0.49 | 0.87 | 2.22 | 2.41 | 3.58 | 0.7456369 | 0.2215656 | 0 | 0.03279749 |
| 16821 May | DUREN | 4 | 520 | 0 | 430 | 75 | 19 | 71.19 | 22.15 | 0.7 | 0.32 | 1.99 | 3.64 | 3.01 | 0.8868356 | 0.0762578 | 0 | 0.03690658 |
| 24880 Brittany Ave | PINKSTON | 4 | 760 | 20 | 565 | 135 | 40 | 67.31 | 27.56 | 0.3 | 0.49 | 2.06 | 2.27 | 2.85 | 0.8015204 | 0.1242491 | 0.0207101 | 0.0535204 |
| 22480 Petersburg Ave | OWENS | 12 | 510 | 4 | 280 | 220 | 0 | 65.85 | 28.41 | 0.36 | 0.75 | 2.47 | 2.17 | 3.58 | 0.6462819 | 0.3471329 | 0.0065852 | 0 |
| 23025 Hayes | WILLIAMS | 2 | 1170 | 75 | 795 | 235 | 70 | 45.75 | 47.68 | 0.46 | 0.82 | 2.81 | 2.49 | 4.09 | 0.5635037 | 0.2750656 | 0.0626237 | 0.09880703 |
| 19119 Collinson | JOHNSON | 12 | 420 | 4 | 150 | 260 | 10 | 58.97 | 34.63 | 0.54 | 0.94 | 2.56 | 2.36 | 4.04 | 0.3652702 | 0.5891303 | 0.0084373 | 0.03716218 |
| 18495 Michael Ave | GLADNEY | 11 | 930 | 90 | 370 | 460 | 4 | 23.52 | 71.29 | 0.36 | 0.36 | 2.83 | 1.64 | 3.55 | 0.1356048 | 0.8096854 | 0.0497808 | 0.00492893 |
| 18057 TOEPFER DR | WILLIAMS | 12 | 535 | 10 | 215 | 310 | 0 | 45.75 | 47.68 | 0.46 | 0.82 | 2.81 | 2.49 | 4.09 | 0.2910525 | 0.6930004 | 0.0159471 | 0 |