IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF EASTPOINTE; EASTPOINTE CITY COUNCIL; SUZANNE PIXLEY, in her official capacity as Mayor of Eastpointe; CARDI DEMONACO JR., MICHAEL KLINEFELT, SARAH LUCIDO, and MONIQUE OWENS, in their official capacities as members of the Eastpointe City Council; and RYAN COTTON, in his official capacity as Eastpointe City Clerk,<br><br>    Defendants. | Civil Action No. 4:17-CV-10079 (TGB) (DRG) |

## **SUPPLEMENTAL ORDER**

The United States filed this action to enforce Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. On June 26, 2019, this Court entered a Consent Judgment and Decree (ECF No. 64) finding that the at-large, multiple-vote method of election then in place to elect members of the Eastpointe City Council resulted in a violation of Section 2 of the Voting Rights Act, 52 U.S.C. § 10301. As a remedy, the Decree put in place an agreed-upon ranked choice voting system for Eastpointe City Council elections. *Id.*, Order ¶ 4. To facilitate implementation of the Consent

Judgment and Decree previously entered, the Court hereby **ORDERS** that the Decree be supplemented as follows:

14. Notwithstanding Section 691 of the Michigan Election Law, Mich. Comp. Laws § 168.691, Defendants may use a ranked choice ballot that lists a candidate's name in more than one column on the ballot for the same office.

15. Notwithstanding Section 795(1)(c) of the Michigan Election Law, Mich. Comp. Laws § 168.795(1)(c), in tabulating a voter's ballot for an office elected using ranked choice voting, the voter's first preference will be counted by Defendants even if the voter has overvoted on subsequent preferences. Similarly, a voter's second or third preference may be counted by Defendants, per Section 5 of the MOU, even if the voter has overvoted on subsequent preferences.

**SO ORDERED**.

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: October 18, 2019

The Undersigned Agree to Entry of this Supplemental Order.

For the United States of America:

| | |
|---|---|
| MATTHEW SCHNEIDER | ERIC S. DREIBAND |
| United States Attorney | Assistant Attorney General |
| Eastern District of Michigan | Civil Rights Division |

*/s/ Luttrell D. Levingston*  */s/ Daniel J. Freeman*
LUTTRELL D. LEVINGSTON　　　T. CHRISTIAN HERREN, JR.
Assistant United States Attorney　TIMOTHY F. MELLETT
United States Attorney's Office　　DANIEL J. FREEMAN
Eastern District of Michigan　　　JASMYN G. RICHARDSON
Civil Rights Unit　　　　　　　　Attorneys, Voting Section
211 W. Fort Street, Suite 2001　　Civil Rights Division
Detroit, MI 48226　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　4 Constitution Square, Room 8.143
　　　　　　　　　　　　　　　　150 M Street NE
　　　　　　　　　　　　　　　　Washington, D.C. 20530


October 16, 2019
Date

For Defendants:

*/s/ Angela Bullock Gabel*
ANGELA BULLOCK GABEL          RICHARD S. ALBRIGHT
ABG Law Office                ROBERT D. IHRIE
9326 Olive Blvd. Suite 200    Ihrie O'Brien
Olivette, MO 63132            24055 Jefferson Ave., Suite 2000
                              St. Clair Shores, MI 48080


                              October 16, 2019
                              Date