UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                              Plaintiff(s),

v.                                                    Case No. 4:17−cv−10079−TGB−DRG
                                                      Hon. Terrence G. Berg

Eastpointe, City of, et al.,

                              Defendant(s),

_____

**NOTICE OF DETERMINATION OF MOTION**
**WITHOUT ORAL ARGUMENT**

   The following motion(s) have been filed:

                   Motion – #68
   Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by
District Judge Terrence G. Berg **_without_** oral argument.

   Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR
7.1(e).

   Courtesy copies are not required.

**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                              By: s/A Chubb_____
                                   Case Manager

Dated:  November 12, 2019