IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CITY OF EASTPOINTE; EASTPOINTE CITY COUNCIL; SUZANNE PIXLEY, in her official capacity as Mayor of Eastpointe; CARDI DEMONACO JR., MICHAEL KLINEFELT, SARAH LUCIDO, and MONIQUE OWENS in their official capacities as members of the Eastpointe City Council; and RYAN COTTON, in his official capacity as Eastpointe City Clerk,

        Defendants.

Civil Action No.
4:17-cv-10079 (TGB)

## **SUPPLEMENTAL ORDER**

The United States filed this action to enforce Section 2 of the Voting Rights Act, 52 U.S.C. § 10301.  On June 26, 2019, this Court entered a Consent Judgment and Decree (ECF No. 64) finding that the at-large, multiple-vote method of election then in place to elect members of the Eastpointe City Council violated Section 2.  As a remedy, the Decree put in place a ranked choice voting system for Eastpointe City Council elections that had been agreed upon by the parties.  *Id.*, Order ¶ 4.

1

To facilitate implementation of the Consent Decree and Judgment previously entered, the Court hereby **ORDERS** that the Decree be supplemented as follows:

16. Notwithstanding Section 699 of the Michigan Election Law, Mich. Comp. Law § 168.699, the City of Eastpointe may position its election contest for City Council out of order on the ballot as needed to accommodate a grid-style ballot for ranked-choice voting.

SO ORDERED:

/s/Terrence G. Berg
TERRENCE BERG
UNITED STATES DISTRICT JUDGE

Dated:
August 26, 2020

The Undersigned Agree to Entry of this Supplemental Order.

For Defendants:

| | |
|---|---|
| RICHARD S. ALBRIGHT<br>ROBERT D. IHRIE<br>Ihrie O'Brien<br>24055 Jefferson Ave., Suite 2000<br>St. Clair Shores, MI 48080 |       */s/* Angela Bullock Gabel<br>ANGELA BULLOCK GABEL<br>ABG Law Office<br>9326 Olive Blvd., Suite 200<br>Olivette, MO 63132<br><br>Date: August 25, 2020 |

For the United States of America:

MATTHEW SCHNEIDER
United States Attorney
Eastern District of Michigan

*/s/ Luttrell Levingston*
LUTTRELL D. LEVINGSTON
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
Civil Rights Unit
211 W. Fort Street, Suite 2001
Detroit, MI 48226

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

    */s/* Dan Freeman
T. CHRISTIAN HERREN, JR.
TIMOTHY F. MELLETT
DANIEL J. FREEMAN
JASMYN G. RICHARDSON
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square, Room 8.143
150 M Street NE
Washington, D.C. 20530

Date: August 25, 2020